# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 09-39857 |
| | ) | |
| MICHAEL P. PHILLIPS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date:** December 19, 2013 |
| | ) | **Hearing Time:** 10:30 a.m. |
| | ) | **Room No.:** 742 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **December 19, 2013**, at **10:30 a.m.**, we shall appear before the Honorable Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: November 1, 2013.

Respectfully submitted,

By: /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{PHILLIPS/001/00036217.DOCX/}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PHILLIPS, MICHAEL P ) | | Case No. 09-39857-CAD |
| ) | | |
| ) | | Hon. Carol A. Doyle |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE Carol A. Doyle

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,376.90 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $36,269.02. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $3,126.90 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $4,376.90 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Respectfully Submitted

/s/ Frances Gecker
Frances Gecker not individually but as Chapter 7 Trustee of the Estate of MICHAEL P PHILLIPS

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1401
(312) 276-0035 (Facsimile)

Dated: 10/31/13

{PHILLIPS/001/00036215.DOC/}

# FG FrankGecker

www.fgllp.com

November 01, 2013

Frances Gecker, Chapter 7 Trustee  
FrankGecker LLP  
325 N. LaSalle Street, Suite 625  
Chicago, IL 60654

FEIN 20-1952153

---

**Regarding:** **Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**  
**TRUSTEE MATTER**

For Professional Services Rendered:   10/23/2009 through   11/1/2013

Invoice #:  5358

Per Attached Description:

| | |
|---|---:|
| Fees................................................................................................................ | $4,376.90 |
| Disbursements.............................................................................................. | $2.16 |
| Total Fees and Disbursements..................................................................... | $4,379.06 |
| Previous Balance.......................................................................................... | $0.00 |
| Payments...................................................................................................... | $0.00 |
| **Total Amount Due**..................................................................................... | **$4,379.06** |

Frances Gecker, Chapter 7 Trustee     Page 2

Invoice Dated: November 01, 2013

---

**Regarding:**    **Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**
                   **TRUSTEE MATTER**

For Professional Services Rendered Through November 01, 2013     Invoice #: 5358
Per Attached Description:

| Date | Description | Hours |
|---|---|---|
| 5/14/2010 | Review documents and prepare file maintenance system. Christina S. Smith | 0.30 |
| 5/19/2010 | Review, file and serve motion to employ counsel. Christina S. Smith | 0.30 |
| 5/19/2010 | Review, file and serve motion for turnover of property to estate. Christina S. Smith | 0.30 |
| 5/20/2010 | Review documents and prepare file maintenance system. Christina S. Smith | 0.30 |
| 5/28/2010 | Review and file Certificate of Service regarding Order on Trustee's motion for turnover of property. Christina S. Smith | 0.20 |
| 6/7/2010 | Review, file and serve motion to object to Debtor's exemptions and discharge. Christina S. Smith | 0.40 |
| 6/10/2010 | Review and file Certificate of Service for Order. Christina S. Smith | 0.20 |
| 8/12/2010 | Review documents and prepare file maintenance system; review file and serve second motion to extend time to object to exemptions and discharge. Christina S. Smith | 0.60 |
| 8/17/2010 | Reconcile bank account. Christina S. Smith | 0.10 |
| 9/29/2010 | Review, file and serve motion to employ real estate broker. Christina S. Smith | 0.60 |
| 10/15/2010 | Review, file and serve third motion to extend time to object to exemptions and discharge; Review documents and prepare file maintenance system. Christina S. Smith | 0.60 |
| 11/11/2010 | Reconcile bank account and audit Form 2; review checks and deposits. Christina S. Smith | 0.10 |
| 12/22/2010 | Telephone conference with Bank of America regarding deposit that was returned. Christina S. Smith | 0.30 |

Frances Gecker, Chapter 7 Trustee  Page 3

Invoice Dated:  November 01, 2013

---

**Regarding:** **Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**
**TRUSTEE MATTER**

For Professional Services Rendered Through November 01, 2013  Invoice #: 5358
Per Attached Description:

| Date | Description | Hours |
|---|---|---|
| 2/11/2011 | Reconcile bank account and audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 3/10/2011 | Receive and review checks received by Trustee (.10); deposit checks into estate account (.20); send to Bank of America for deposit (.10).<br>Christina S. Smith | 0.40 |
| 4/12/2011 | Review and reconcile estate bank account(s) statements.<br>Christina S. Smith | 0.20 |
| 5/12/2011 | Receive and review checks received by Trustee (.10); deposit checks into estate account (.20); send to Bank of America for deposit (.10).<br>Christina S. Smith | 0.40 |
| 5/12/2011 | Reconcile bank account.<br>Christina S. Smith | 0.20 |
| 6/10/2011 | Review bank statements; review forms 1 and 2; sign bank statements and reconciliation reports.<br>Christina S. Smith | 0.20 |
| 8/9/2011 | File initial report of assets and docket claims bar date.<br>Christina S. Smith | 0.10 |
| 8/11/2011 | Reconcile bank account and audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 9/15/2011 | Reconcile bank account and audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.10 |
| 9/22/2011 | Review and revise motion to approve compromise (.70); draft and revise proposed order (.70); file and serve motion to approve compromise (.40).<br>Christina S. Smith | 1.80 |
| 9/23/2011 | Review and revise motion to sell property free and clear of lien (.90); draft and revise proposed order (.50); file and serve motion to sell (.50).<br>Christina S. Smith | 1.90 |
| 9/27/2011 | Revise motion for turnover and draft order.<br>Christina S. Smith | 0.80 |
| 10/14/2011 | Reconcile bank account and audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.10 |

Frances Gecker, Chapter 7 Trustee                                                          Page    4
Invoice Dated:   November 01, 2013

---

**Regarding:   Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**
**TRUSTEE MATTER**

| | | |
|---|---|---|
| For Professional Services Rendered Through November 01, 2013 | | Invoice #:  5358 |
| Per Attached Description: | | |
| | | Hours |

| Date | Description | Hours |
|---|---|---|
| 11/11/2011 | Reconcile bank account and audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.10 |
| 2/13/2012 | Reconcile bank account and audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.30 |
| 2/17/2012 | Review order issued by Court (.10); draft check from estate per Court Order (.10); distribute to appropriate party (.20).<br>Christina S. Smith | 0.40 |
| 2/20/2012 | Review, file and serve motion to employ accountant.<br>Christina S. Smith | 0.50 |
| 3/8/2012 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br><br>Christina S. Smith | 0.20 |
| 3/27/2012 | Receive and review checks received by Trustee (.10); deposit checks into estate account (.20); send to Bank of America for deposit (.10).<br>Christina S. Smith | 0.40 |
| 5/9/2012 | Reconcile bank account; review statements on Congressional Bank's website; manually input bank balance for reconciliation report; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 6/14/2012 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 7/10/2012 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 9/12/2012 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 10/10/2012 | Review taxes; draft two checks regarding same; prepare and send 505(b) letters.<br>Christina S. Smith | 0.80 |

Frances Gecker, Chapter 7 Trustee                                                                 Page    5

Invoice Dated:   November 01, 2013

---

**Regarding:   Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**
**TRUSTEE MATTER**

For Professional Services Rendered Through November 01, 2013                        Invoice #:  5358
Per Attached Description:

|  |  | Hours |
|---|---|---:|
| 1/16/2013 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 3/13/2013 | Reconcile bank account; review statements from Congressional Bank and BNY Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.30 |
| 5/7/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 5/9/2013 | Review, file and serve motion to determine value of claim.<br>Christina S. Smith | 0.60 |
| 5/20/2013 | Review documents and update file maintenance system.<br>Christina S. Smith | 0.40 |
| 5/24/2013 | Review orders and revise claims on TCMS.<br>Christina S. Smith | 0.50 |
| 6/11/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 8/8/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 10/3/2013 | Import and review claims and assets in case in preparation of trustee's final report (.80); review schedules (.50).<br>Christina S. Smith | 1.30 |
| 10/3/2013 | Prepare Trustee's Notice of Hearing; request for compensation and order to accompany Trustee's final report.<br>Christina S. Smith | 1.00 |
| 10/4/2013 | Review and revise time entries of trustee's counsel in preparation of final fee application.<br>Christina S. Smith | 1.80 |

Frances Gecker, Chapter 7 Trustee                                                                 Page    6

Invoice Dated:  November 01, 2013

---

**Regarding:   Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**
**TRUSTEE MATTER**

For Professional Services Rendered Through November 01, 2013                    Invoice #:  5358
Per Attached Description:

|  |  | Hours |
|---|---|---:|
| 10/4/2013 | Draft proposed order, notice of hearing and cover sheet for trustee's counsel's first and final fee application.<br>Christina S. Smith | 0.90 |
| 10/7/2013 | Begin drafting final fee application of Trustee's counsel.<br>Christina S. Smith | 1.80 |
| 10/9/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20 |
| 10/14/2013 | Continue work on Trustee's counsel's fee application and accompanying documentation.<br>Christina S. Smith | 1.90 |
| 10/16/2013 | Prepare Trustee's Accountant's Notice of Hearing, cover sheet and order to accompany Trustee's final report.<br><br>Christina S. Smith | 1.00 |
| 10/31/2013 | [Projected] Review schedules, claims and assets; prepare Trustee's Final Account and Final Distribution Report and accompanying reports for submission to United States Trustee.<br>Christina S. Smith | 1.30 |
| 10/31/2013 | Review and revise Trustee compensation application.<br>Christina S. Smith | 1.40 |
| 11/1/2013 | Finalize fee applications of Trustee and Trustee's counsel.<br>Christina S. Smith | 1.90 |
| 11/1/2013 | Finalize Trustee's Final Report and accompanying documentation and send to U.S. Trustee's Office for review and approval. (.60).<br>Christina S. Smith | 0.90 |

                                                                                           Amount
                                                                                         $4,376.90

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Christina S. Smith | 32.40 | 175.00 | $4,376.90 |

Frances Gecker, Chapter 7 Trustee                                                    Page    7

Invoice Dated:  November 01, 2013

**Regarding:  Bankruptcy Estate of Michael P. Phillips; Case No. 09-39857**
**            TRUSTEE MATTER**

For Professional Services Rendered Through November 01, 2013                Invoice #:  5358
Per Attached Description:

    Disbursements:

|  |  | Amount |
|---|---|---:|
| 5/5/2011 | Postage. | 2.16 |
|  | Total Expenses | $2.16 |

**Total Due: This Matter**                                                     **$4,379.06**