# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PHILLIPS, MICHAEL P | § | Case No. 09-39857 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/19/2013 in Courtroom 742,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2013_____          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PHILLIPS, MICHAEL P | § | Case No. 09-39857 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 36,269.02 |
| and approved disbursements of | $ | 15,480.03 |
| leaving a balance on hand of[1] | $ | 20,788.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 174.92 | $ 174.92 | $ 0.00 | $ 0.00 |
| 000004 | ELLA WOODS | $ 203,470.69 | $ 11,282.00 | $ 11,282.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 20,788.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 4,376.90 | $ 0.00 | $ 4,376.90 |
| Trustee Expenses: Frances Gecker | $ 2.16 | $ 0.00 | $ 2.16 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: FRANKGECKER LLP | $  12,074.50 | $  0.00 | $  12,074.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $  98.62 | $  0.00 | $  98.62 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $  1,678.90 | $  0.00 | $  1,678.90 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $  17.50 | $  0.00 | $  17.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $  45.69 | $  45.69 | $  0.00 |

Total to be paid for chapter 7 administrative expenses          $          18,248.58

Remaining Balance          $          2,540.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 28,623.66  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | INTERNAL REVENUE SERVICE | $  28,623.66 | $  0.00 | $  2,540.41 |

Total to be paid to priority creditors          $          2,540.41

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 525,694.80  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TOYOTA MOTOR CREDIT CORPORATION | $ 50,222.28 | $ 0.00 | $ 0.00 |
| 000003 | ATLAS ACQUISITIONS LLC | $ 2,315.81 | $ 0.00 | $ 0.00 |
| 000005C | INTERNAL REVENUE SERVICE | $ 473,156.71 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $ 0.00

Remaining Balance          $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-39857-CAD
Michael P Phillips                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross          Page 1 of 2          Date Rcvd: Nov 26, 2013
                              Form ID: pdf006      Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2013.
```
db           +Michael P Phillips,    411 Lenox,   Oak Park, IL 60302-1339
aty          +William Cross,   Frank/Gecker LLP,   325 N. LaSalle St.,    Chicago, IL 60654-6465
aty           Zane L Zielinski,   Frank/Gecker LLP,   325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610
14625030     +Arrow Financial Service,   5996 W. Touhy,    Niles, IL 60714-4610
14625031     ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3408
              (address filed with court: Cach LLC,    370 17th Street,    Suite 5000,   Denver, CO 80202)
14625033     +Credit Protection Association,    13355 Noel Road,   STE 2100,    Dallas, TX 75240-6837
14625034      Department of the Treasury,   Internal Revenue Service,    ACS Suppor-STOP 813G PO Box 145566,
               Cincinnati, OH 45225-5566
17385938     #+Eastern Savings Bank in c/o,    Jeff Corso - jcorso@cooneycorso.com,    Cooney & Corso, LLC,
               4925 Indiana Ave.,    Lisle, IL 60532-1611
14625036     +Ella Wood,   c/o Baker & Miller P.C.,    29 N. Wacker Drive - 5th Floor,    Chicago, IL 60606-3221
17725101     +Ella Woods,   Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,
               Chicago, Illinois 60606-3227
14981307      Ford Motor Credit Company,   c/o Bowman Heintz Boscia & Vician,    Merrillville, IN 46410
14625037     +HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
14625038     +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
14625039     +I.D.E.S,   Chicago Region - Revenue,    527 S. Wells,   Chicago, IL 60607-3960
17062715     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14625040     +Julian P. Dian,   c/o Bollinger, Ruberry & Garvey,    500 W. Madison St., STE 2300,
               Chicago, IL 60661-2593
14625041     +New Era Optical Co.,   c/o Bruce Moschel, Esq.,    180 W. Washington St., STE 910,
               Chicago, IL 60602-2316
14625043     +RMI MCSI,   3348 Ridge Road,   Lansing, IL 60438-3112
16686839     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,    5005 North River Blvd., N.E.,
               Cedar Rapids, IA 52411-6634)
14625044     +Toyota Motor Credit,   1111 W 22nd Street,    Suite 420,   Oak Brook, IL 60523-1959
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14625029     +E-mail/PDF: recoverybankruptcy@afninet.com Nov 27 2013 01:29:54     AFNI, Inc.,   P.O. Box 3097,
               Bloomington, IL 61702-3097
14998265     +E-mail/Text: bnc@atlasacq.com Nov 27 2013 01:21:59     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
14981278      E-mail/Text: cio.bncmail@irs.gov Nov 27 2013 01:22:12     IRS,   Department of the Treasury,
               Internal Revenue Services,   Cincinnati, OH 45999-0030
17752192      E-mail/Text: cio.bncmail@irs.gov Nov 27 2013 01:22:12     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
14625042     +E-mail/Text: clientservices@northwestcollectors.com Nov 27 2013 01:22:23     Northwest Collectors,
               3601 Algonquin Road,   Suite 23,   Rolling Meadows, IL 60008-3143
20709423      E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2013 01:31:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
14625032      Cach LLC
14625028      Seventy FirstSt,   and Jeffrey Currency Exchange
14625035*     Department of the Treasury,   Internal Revenue Service,    ACS Suppor-STOP 813G PO Box 145566,
               Cincinnati, OH 45225-5566
17080097*    +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14625045     ##+Ulysses Hynson,   c/o Propes & Kaveny LLC,    833 W. Jackson Blvd., STE 200,
               Chicago, IL 60607-5400
                                                                       TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1         User: dross              Page 2 of 2           Date Rcvd: Nov 26, 2013
                             Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
          Andrew D Szocka    on behalf of Creditor    Eastern Savings Bank szocka@szocka.com
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Jeffrey D Corso    on behalf of Creditor    Eastern Savings Bank jcorso@cooneycorso.com
          Jonathan N Rogers    on behalf of Creditor    Eastern Savings Bank jrogers@skdaglaw.com
          Neil P Gantz    on behalf of Debtor Michael P Phillips neilgantz@yahoo.com,  negrita0615@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                    TOTAL: 8
```