UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
PHILLIPS, MICHAEL P                 §          Case No. 09-39857
                                    §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the
Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $                   (see **Exhibit 1**), minus funds paid to the debtor and
third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of
the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit 1111 W 22nd Street Suite 420 Oak Brook, IL 60523 | | | | | |
| 000004 | ELLA WOODS | | | | | |
| 000002 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CHICAGO TITLE LAND TRUST COMPANY | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury Internal Revenue Service ACS Suppor-STOP 813G PO Box 145566 Cincinnati, OH 45225-5566 | | | | | |
| | Department of the Treasury Internal Revenue Service ACS Suppor-STOP 813G PO Box 145566 Cincinnati, OH 45225-5566 | | | | | |
| | I.D.E.S Chicago Region - Revenue 527 S. Wells Chicago, IL 60607 | | | | | |
| 000005A | INTERNAL REVENUE SERVICE | | | | | |
| 000005B | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 71St. and Jeffrey Currency Exchange | | | | | |
| | AFNI, Inc. P.O. Box 3097 Bloomington, IL 61702 | | | | | |
| | Arrow Financial Service 5996 W. Touhy Niles, IL 60714 | | | | | |
| | Cach LLC | | | | | |
| | Cach LLC 370 17th Street Suite 5000 Denver, CO 80202 | | | | | |
| | Credit Protection Association 13355 Noel Road STE 2100 Dallas, TX 75240 | | | | | |
| | Ella Wood c/o Baker & Miller P.C. 29 N. Wacker Drive - 5th Floor Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Julian P. Dian c/o Bollinger, Ruberry & Garvey 500 W. Madison St., STE 2300 Chicago, IL 60661 | | | | | |
| | New Era Optical Co. c/o Bruce Moschel, Esq. 180 W. Washington St., STE 910 Chicago, IL 60602 | | | | | |
| | Northwest Collectors 3601 Algonquin Road Suite 23 Rolling Meadows, IL 60008 | | | | | |
| | RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | |
| | Ulysses Hynson c/o Propes & Kaveny LLC 833 W. Jackson Blvd., STE 200 Chicago, IL 60607 | | | | | |
| 000003 | ATLAS ACQUISITIONS LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005C | INTERNAL REVENUE SERVICE | | | | | |
| 000001 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-39857  CAD  Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PHILLIPS, MICHAEL P | Date Filed (f) or Converted (c): | 10/23/09 (f) |
| | | 341(a) Meeting Date: | 12/11/09 |
| For Period Ending: 03/06/14 | | Claims Bar Date: | 10/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1940 E. 87TH STREET OFFICE BUILDING DEBTOR NOT ON | 25,000.00 | 0.00 | | 3,000.00 | FA |
| 2. CASH ON HAND   Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. USED FURNITURE   Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 5. USED CLOTHING   Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 6. 15% INTEREST IN EYE CARE PHYSICIAN SURGEONS, INC | 0.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 2.30 | FA |
| 8. 2007 Lexus CX | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 9. OTHER (u)   Judgment - Court ordered Turnover of judgment amount in Circuit Court case. | 0.00 | 18,234.17 | | 18,234.17 | FA |
| 10. SETTLEMENT (u)   Settlement with Eastern Savings Bank | 0.00 | 15,000.00 | | 15,000.00 | FA |

LFORM1

Ver: 17.05

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM F
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2

Exhibit 8

| Case No: | 09-39857  CAD  Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| Case Name: | PHILLIPS, MICHAEL P | Date Filed (f) or Converted (c): | 10/23/09 (f) |
| | | 341(a) Meeting Date: | 12/11/09 |
| | | Claims Bar Date: | 10/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. TAX REFUNDS (u) | 0.00 | 0.00 | | 32.55 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $36,200.00 | $43,234.17 | | $36,269.02 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS MADE DISTRIBUTION IN THIS CASE AND IS WAITING TO CLOSE IT.

Initial Projected Date of Final Report (TFR): 09/01/11        Current Projected Date of Final Report (TFR): 08/01/13

        /s/     Frances Gecker
_____  Date: _____
        FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-39857 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5816  MONEY MARKET |

Taxpayer ID No: *******0897
For Period Ending: 03/06/14

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/10 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL 60617 | Turnover Order - 5/27/10 | 1249-000 | 2,079.02 | | 2,079.02 |
| 11/15/10 | 9 | Wisconsin Physicians Service - MI P.O. Box 7711 Marion, IL 62959 | Turnover Order - 5/27/10 | 1249-000 | 5,760.05 | | 7,839.07 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 7,839.18 |
| * 12/13/10 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL 60617 | Turnover Order - 5/27/10 | 1249-003 | 2,079.02 | | 9,918.20 |
| * 12/28/10 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL 60617 | Returned Check Bank returned check to Trustee for NSF. | 1249-003 | -2,079.02 | | 7,839.18 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,839.38 |
| 01/06/11 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL 60617 | Turnover Order - 5/27/10 | 1249-000 | 2,079.02 | | 9,918.40 |
| 01/06/11 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL 60617 | Turnover Order - 5/27/10 | 1249-000 | 2,079.02 | | 11,997.42 |

Page Subtotals  11,997.42  0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 09-39857  -CAD | Trustee Name: | Frances Gecker |
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5816  MONEY MARKET |
| Taxpayer ID No: | *******0897 | | |
| For Period Ending: | 03/06/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.27 | | 11,997.69 |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 13.66 | 11,984.03 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,984.12 |
| 03/10/11 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL  60617 | Turnover Order - 5/27/10 | 1249-000 | 2,079.02 | | 14,063.14 |
| 03/29/11 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL  60617 | Turnover Order - 5/27/10 | 1249-000 | 2,079.02 | | 16,142.16 |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 16,142.27 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,142.40 |
| 05/11/11 | 9 | Eyecare Physicians & Surgeons, Inc. 1940 E. 87th Street, Suite 9 Chicago, IL  60617 | Turnover Order - 5/27/10 | 1249-000 | 2,079.02 | | 18,221.42 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,221.57 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,221.72 |

Page Subtotals          6,237.96          13.66

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 09-39857  -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5816  MONEY MARKET |
| Taxpayer ID No: | *******0897 | | |
| For Period Ending: | 03/06/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,221.86 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,222.02 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,222.17 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,222.32 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.21 | 18,199.11 |
| 11/03/11 | 10 | FIRST AMERICAN TITLE INSURANCE COMPANY<br>9000 E Pima Center Parkway<br>Scottsdale, AZ  85258 | Settlement w/Eastern Savings Bank | 1249-000 | 15,000.00 | | 33,199.11 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 33,199.35 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 36.62 | 33,162.73 |
| 12/29/11 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 33,162.98 |
| 12/29/11 | | Transfer to Acct #*******2376 | Bank Funds Transfer | 9999-000 | | 33,162.98 | 0.00 |

|  | Page Subtotals | 15,001.09 | 33,222.81 |
|---|---|---|---|

Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-39857 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PHILLIPS, MICHAEL P | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5816  MONEY MARKET |
| Taxpayer ID No: | *******0897 | | | |
| For Period Ending: | 03/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,236.47 | 33,236.47 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 33,162.98 | |
| | | | Subtotal | | 33,236.47 | 73.49 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 33,236.47 | 73.49 | |

Page Subtotals                    0.00              0.00

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39857  -CAD | Trustee Name: | Frances Gecker |
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2376  GENERAL CHECKING |

Taxpayer ID No:   *******0897
For Period Ending:   03/06/14

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5816 | Bank Funds Transfer | 9999-000 | 33,162.98 | | 33,162.98 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | 32.03 | 33,130.95 |
| 02/17/12 | 001001 | CHICAGO TITLE LAND TRUST COMPANY 171 N. CLARK STREET, SUITE 575 CHICAGO, IL   60601 | Land Trust No. 1114611 Pursuant to Order dated 3/22/12 | 2500-000 | | 425.00 | 32,705.95 |
| 03/27/12 | 1 | Eastern Savings Bank Suite 200 11350 McCormick Hunt Valley, MD  21031 | Sale of Real Property | 1110-000 | 3,000.00 | | 35,705.95 |
| 10/10/12 | 001002 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH  45999-0012 | 1041- 2011   FEIN: 30-6260897 | 2810-000 | | 2,046.00 | 33,659.95 |
| 10/10/12 | 001003 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield, IL  62794-9030 | Form IL-1041  2011  FEIN 30-6260897 | 2820-000 | | 1,306.00 | 32,353.95 |
| 12/12/12 | 11 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield, IL  62794-9030 | | 1224-000 | 23.40 | | 32,377.35 |

Page Subtotals                36,186.38          3,809.03

Ver: 17.05

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 09-39857 -CAD | Trustee Name: | Frances Gecker |
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2376  GENERAL CHECKING |
| Taxpayer ID No: | *******0897 | | |
| For Period Ending: | 03/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 32,377.35 | 0.00 |

|  | COLUMN TOTALS | 36,186.38 | 36,186.38 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 33,162.98 | 32,377.35 | |
|  | Subtotal | 3,023.40 | 3,809.03 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 3,023.40 | 3,809.03 | |

Page Subtotals          0.00          32,377.35

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   7

Exhibit 9

| Case No: | 09-39857 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PHILLIPS, MICHAEL P | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7006  GENERAL CHECKING |
| Taxpayer ID No: | *******0897 | | | |
| For Period Ending: | 03/06/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 32,377.35 | | 32,377.35 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | 29.21 | 32,348.14 |
| 02/18/13 | 11 | United States Treasury San Francisco, CA | TAX REFUNDS | 1224-000 | 9.15 | | 32,357.29 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 26.38 | 32,330.91 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 48.06 | 32,282.85 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 46.44 | 32,236.41 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 47.93 | 32,188.48 |
| 06/12/13 | 010001 | ELLA WOODS c/o BAKER & MILLER, P.C. 29 N. WACKER DRIVE SUITE 500 CHICAGO, ILLINOIS 60606 | | 4220-000 | | 11,282.00 | 20,906.48 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 46.31 | 20,860.17 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 40.22 | 20,819.95 |

Page Subtotals    32,386.50    11,566.55

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   8

Exhibit 9

| Case No: | 09-39857  -CAD | Trustee Name: | Frances Gecker |
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7006  GENERAL CHECKING |
| Taxpayer ID No: | *******0897 | | |
| For Period Ending: | 03/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 30.96 | 20,788.99 |
| 01/08/14 | 010002 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 4,376.90 | 16,412.09 |
| 01/08/14 | 010003 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603           Fees           1,678.90           Expenses          17.50 | Accountant for Trustee Fees (Other | 3410-000 3420-000 | | 1,696.40 | 14,715.69 |
| 01/08/14 | 010004 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654           Fees           12,074.50           Expenses          98.62 | Attorney for Trustee Fees (Trustee | 3110-000 3120-000 | | 12,173.12 | 2,542.57 |
| 01/08/14 | 010005 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Claim 000005B, Payment 8.88% | 5800-000 | | 2,542.57 | 0.00 |

Page Subtotals          0.00          20,819.95

Ver: 17.05

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit 9

| Case No: | 09-39857 -CAD | Trustee Name: | Frances Gecker |
| Case Name: | PHILLIPS, MICHAEL P | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7006 GENERAL CHECKING |
| Taxpayer ID No: | *******0897 | | |
| For Period Ending: | 03/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 32,386.50 | 32,386.50 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 32,377.35 | 0.00 | |
| | | | Subtotal | | 9.15 | 32,386.50 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 9.15 | 32,386.50 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******5816 | 33,236.47 | 73.49 | 0.00 |
| GENERAL CHECKING - *******2376 | 3,023.40 | 3,809.03 | 0.00 |
| GENERAL CHECKING - *******7006 | 9.15 | 32,386.50 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 36,269.02 | 36,269.02 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

                        /s/       Frances Gecker

Trustee's Signature: _____ Date: 03/07/14
                        FRANCES GECKER

Page Subtotals                     0.00             0.00

LFORM24                                                                                   Ver: 17.05

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*